**Order entered November 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00225-CR

**ROSS BRANTLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-00014-V**

## ORDER

On August 12, 2013, we notified the trial court that none of the boxes on the trial court's certification of appellant's right to appeal is checked. We ordered the trial court to file a completed certification that accurately reflects the trial court proceedings. When we did not receive the completed certification by October 7, 2013, we again ordered the trial court to prepare a certification that accurately reflects the trial court proceedings and to file it with this Court.

On November 12, 2013, we received a supplemental clerk's record with the cost bill and with a letter from the Dallas County District Clerk's Office to appellant's counsel stating that counsel needed to prepare an amended certification to submit to the trial court. Texas Rule of Appellate Procedure 25.2(a), (d) requires that the trial court prepare a certification of appellant's

right to appeal in every case in which the defendant is the appellant. *See Cortez v. State*, 2013 WL 5220904 (Tex. Crim. App. Sept. 18, 2013).

Accordingly, we **ORDER** the presiding judge of the 292nd Judicial District Court to file, by **NOVEMBER 25, 2013**, a complete certification that accurately reflects the trial court proceedings. *See id.*

We **GRANT** the State's November 8, 2013 motion to extend time to file its brief. We **ORDER** the State to file its brief by **DECEMBER 2, 2013**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Lawrence Mitchell, Presiding Judge, 292nd Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; Dallas County District Clerk's Office, Criminal Records Division; and Riann Moore; and Christine Womble.

/s/    DAVID EVANS
        JUSTICE